UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHERRICK VAUGHN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:15-cv-00709 ) JUDGE CRENSHAW |
| SERGEANT JENNIFER CARUTHERS, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 89.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Jennifer Caruther's Motion for Summary Judgment (Doc. No. 68) is **GRANTED**. Dustin Hargrove's Motion for Summary Judgment (Doc. No. 78) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

The Court **CERTIFIES** that an appeal taken in forma pauperis from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE